USDC SDNY
DOCUMENT
ELECTRONIC...
DOC #:
DATE FIL: 11/27/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
PBR SALES, LLC,

               Plaintiff,

v.

LIBERTY PETROLEUM TRADING
INTERNATIONAL, LLC,
               Defendant.
----------------------------------------------------------x

**ORDER**

18 CV 11639 (VB)

On December 13, 2018, plaintiff PBR Sales, LLC commenced this breach of contract action against defendant Liberty Petroleum International LLC. (Doc. #1). On January 29, 2019, defendant answered the complaint and asserted counterclaims for breach of contract and negligent misrepresentation. (Doc. #12). On February 12, 2019, plaintiff answered defendant's counterclaims. (Doc. #19).

On November 19, 2019, the Court dismissed with prejudice plaintiff's claims against defendant, for failure to prosecute and comply with Court orders. (Doc. #31). The November 19 Order instructed defendant to notify the Court whether its counterclaims against plaintiff should proceed. (Id.).

On November 26, 2019, defendant filed a notice stating its intention to continue to prosecute its counterclaims and seek a default judgment against plaintiff. (Doc. #32).

Accordingly, provided plaintiff remains absent in this litigation, defendant is ORDERED to seek a certificate of default as to plaintiff by December 18, 2019, and thereafter to move for default judgment by January 8, 2020. **If defendant fails to satisfy either deadline, the Court may dismiss defendant's counterclaims for failure to prosecute or failure to comply with court orders. Fed. R. Civ. P. 41(b).**

The Clerk is directed to mail a copy of this Order to plaintiff at the following address:

PBR Sales, LLC
2 Westchester Park Drive
White Plains, NY 10604

Dated: November 27, 2019
       White Plains, NY

                                            SO ORDERED:

                                            Vincent L. Briccetti
                                            United States District Judge