UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

PBR SALES, LLC,

             Plaintiff,       :

                             :

v.                            :

                             :

LIBERTY PETROLEUM TRADING
INTERNATIONAL, LLC,

             Defendant.     :

------------------------------------------------------------x

**ORDER**

18 CV 11639 (VB)

> On November 27, 2019, following plaintiff PBR Sales, LLC's failure to prosecute and comply with court orders (see Doc. #31), the Court instructed defendant Liberty Petroleum Trading International, LLC, to seek a certificate of default as to plaintiff by December 18, 2019, and thereafter to move for default judgment by January 8, 2020. (Doc. #33).

> The Clerk entered plaintiff's default on December 19, 2019. (Doc. #38). On January 8, 2020, defendant moved for default judgment. (Doc. #39).

> Pursuant to paragraph 5 of, and Attachment A to, Judge Briccetti's Individual Practices, a party who wishes to obtain a default judgment must proceed by way of order to show cause. Defendant's filing does not comply with these rules.

> Accordingly, defendant's instant motion (Doc. #39) is DENIED WITHOUT PREJUDICE to refiling, by January 16, 2020, in accordance with the Court's Individual Practices.

> The Clerk is directed to terminate the motion. (Doc. #39).

> The Clerk is further directed to mail copies of this Order to plaintiff at the following addresses:

    PBR Sales, LLC
    2 Westchester Park Drive
    White Plains, NY 10604

    PBR Sales, LLC
    22 Stony Hollow
    Chappaqua, NY 10514

Dated: January 9, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge