UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
PBR SALES, LLC,
           Plaintiff,

v.

**ORDER**

LIBERTY PETROLEUM TRADING
INTERNATIONAL, LLC,
           Defendant.

18 CV 11639 (VB)

--------------------------------------------------------------x

For the reasons set forth on the record at today's default hearing, IT IS HEREBY ORDERED:

Defendant's motion for a default judgment is GRANTED as to liability.

By separate order of reference, the Court will refer this matter to Magistrate Judge Davison for an inquest on damages.

Dated: February 26, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge