UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PBR SALES, LLC,

                        Plaintiff,

                        18 **CIV1L** 11639 (PMH)

        -against-                        **DEFAULT JUDGMENT**

LIBERTY PETROLEUM TRADING
INTERNATIONAL, LLC,

                        Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Order dated July 29, 2020, After careful review of Judge Davison's Report, and the evidence and documents referred to therein, the Court finds no clear error in the Report; the Court therefore accepts the Report in its entirety; adopts the reasons stated therein, and awards Defendant damages against Plaintiff in the amount of $3,583,307.69; judgment is entered in favor of Defendant and against Plaintiff in the amount of $3,583,307.69, and this case is closed.

**DATED**: New York, New York
              July 30, 2020

                                                **RUBY J. KRAJICK**
                                                _____
                                                **Clerk of Court**
                                      **BY**: _____
                                                **Deputy Clerk**